**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| JAMES M. ASSEY AND JOAN P. ASSEY<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HONDA MOTOR CO., INC.<br><br>Defendant. | Civil Action No.: 3:22-cv-02647-JDA<br><br>**STIPULATION TO EXCLUDE EVIDENCE OF UNRELATED RECALLS AT TRIAL** |

Pursuant to Local Civil Rule 7.02, D.S.C. and this Court's Notice Regarding Jury Selection and Trial [ECF No. 98], the Parties hereby stipulate and agree that neither Plaintiffs nor AHM will submit evidence or present testimony, references, or arguments regarding recalls of products unrelated to the subject model year 2020 Honda Odyssey and they will not submit evidence or present testimony, references, or arguments regarding recalls for the subject model year 2020 Honda Odyssey that are unrelated to the claims presented by Plaintiffs in their Complaint.  The Parties further agree that if such evidence, testimony, references, or arguments are inadvertently presented by either party, that the same will be excluded and not submitted to the jury, and the jury shall be given the appropriate instruction to disregard, if necessary.

Respectfully submitted this 3rd day of April, 2025.

Respectfully submitted,

BOWMAN AND BROOKE LLP

By: *s/ Patrick J. Cleary*
Patrick J. Cleary (Fed. Bar No. 11096)
Patrick.Cleary@bowmanandbrooke.com
1441 Main Street, Suite 1200
Columbia, SC 29201
Phone: (803) 726-7420; Fax: (803) 726-7421

WATKINS & EAGER, PLLC
David L. Ayers (MSB No. 1670, *Pro Hac Vice*)
dayers@watkinseager.com
Briana A. O'Neil (MSB No. 105714, *Pro Hac Vice*)
boneil@watkinseager.com
400 East Capitol Street (39201)
P.O. Box 650
Jackson, MS 39205
Phone: (601) 965-1900; Fax: (601) 965-1901

***ATTORNEYS FOR DEFENDANT***
***AMERICAN HONDA MOTOR CO., INC.***

Stipulated and Agreed to,

By: *s/ Lee M. Heath*
Kevin R. Dean, Esq. (Fed I.D. 8046)
Lee M. Heath, Esq. (Fed I.D. 9794)
Marlon Kimpson, Esq. (Fed I.D. 17042)
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Phone: (843) 216-9000
kdean@motleyrice.com
lheath@motleyrice.com
mkimpson@motleyrice.com

Luther J. Battiste, III, Esq.
JOHNSON TOAL & BATTISTE, P.A.
1615 Barnwell St.
Columbia, South Carolina 29202
Phone: (803) 252-9700
bat@jtbpa.com

***ATTORNEYS FOR PLAINTIFFS***