UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| JAMES AND JOAN ASSEY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> AMERICAN HONDA MOTOR CO, INC., ) <br> ) <br> Defendant. ) | Civil Action No.: 3:22-cv-02647-JDA <br><br> **AMERICAN HONDA MOTOR CO., INC.'S RESPONSE TO PLAINTIFFS' RULE 26(a)(3) DISCLOSURES** |

Defendant American Honda Motor Co., Inc. ("AHM"), by and through its counsel, respectfully responds to Plaintiffs' Rule 26(a)(3) Disclosures [ECF No. 144] as follows:

A.　　Deposition Designations Submitted by Plaintiffs

AHM makes the following objections and/or counter-designations to the deposition designations submitted by Plaintiffs:

**I.　　James Assey (Vol. 1).**

No objections.

Counter Designations:

| PAGE/LINE |
|---|
| 9:2 through 9:24 |
| 52:18 through 52:23 |
| 66:1 through 66:7 |
| 66/18 through 68/11 |
| 69:18 through 69:24 |

**II.　　James Assey (Vol. 2).**

Objection to the following designation.

| PAGE/LINE | OBJECTION |
|---|---|
| 13:10 through 14:23 | Relevance |

No Counter Designations.

1

**III.     Joan Assey**

No objections.

Counter Designations:

| PAGE/LINE |
|---|
| 5:20 through 6:03 |
| 24:16 through 25:21 |
| 52:16 through 54:2 |
| 85:1 through 85:13 |

**IV.     Dominick Boyce**

No objections.

Counter Designations:

| PAGE/LINE |
|---|
| 13:06 through 13:17 |
| 21:24 through 23:10 |
| 28:13 through 31:07 |
| 31:18 through 31:22 |

**V.     Shayla Goldiner**

Objection to the following designation.

| PAGE/LINE | OBJECTION |
|---|---|
| 12:11 through 12:18 | Relevance/Not Testimony |

Counter Designations:

| PAGE/LINE |
|---|
| 11:14 through 11:19 |
| 28:12 through 28:18 |
| 33:14 through 33:18 |
| 43:25 through 44:7 |
| 44:15 through 45:1 |
| 45:9 through 45:14 |
| 46:3 through 46:7 |
| 47:20 through 47:23 |

**VI.     Rebecca Koon**

Objection to the following designation.

2

| PAGE/LINE | OBJECTION |
|---|---|
| 14:12 through 14:20 | Relevance |

Counter Designation:

| PAGE/LINE |
|---|
| 12:3 through 12:9 |

**VII.  Corey Kracht.**

No objections and no counter designations.

**VIII.  Erwin Mangubat, M.D.**

No objections.

Counter Designations:

| PAGE/LINE |
|---|
| 11:13 through 11:14 |
| 16:10 through 16:20 |
| 20:12 through 21:2 |
| 22:18 through 23:4 |

B.  The final list of exhibits intended to be used in the trial of the case with any objections noted.  This list shall be served on opposing counsel.

This list is attached as **Exhibit A,** which is identical to what was submitted to the Court on April 18, 2025**.**

Consistent with the Court's direction [ECF No. 162], AHM will meet and confer with Plaintiffs regarding a revised list of exhibits for use at trial.  AHM will submit a revised list by April 29, 2025.

Respectfully submitted,

**BOWMAN AND BROOKE LLP**

By: s/ *Patrick J. Cleary*
Patrick J. Cleary (Fed. Bar No. 11096)
Patrick.Cleary@bowmanandbrooke.com
1441 Main Street, Suite 1200
Columbia, SC 29201
Phone: (803) 726-7420; Fax: (803) 726-7421

**WATKINS & EAGER, PLLC**

3

        David L. Ayers (MSB No. 1670, *Pro Hac Vice*)
        dayers@watkinseager.com
        Briana A. O'Neil (MSB No. 105714, *Pro Hac Vice*)
        boneil@watkinseager.com
        400 East Capitol Street (39201)
        P.O. Box 650
        Jackson, MS 39205
        Phone: (601) 965-1900; Fax: (601) 965-1901

        Attorneys for Defendant
        *AMERICAN HONDA MOTOR CO., INC.*

April 23, 2025
Columbia, South Carolina