3:22-2647-JDA
Assey v. American Honda Motor Co., Inc.
Motion in Limine Hearing May 1, 2025
Rulings on Defendant's omnibus motion in limine [Doc. 119]

| # | Doc. Number | Subject of Motion | Held |
|---|---|---|---|
| 1. | 119 | Evidence of discovery dispute history | Granted. |
| 2. | 119 | Post-distribution evidence | Granted. This ruling may be revisited if Defendant opens the door at trial. |
| 3. | 119 | Other settlements, verdict, judgments, or orders against Defendant or other automobile manufacturers | Granted. This ruling may be revisited if Defendant opens the door at trial. |
| 4. | 119 | Evidence of Defendant's wealth beyond just net worth | Granted. This ruling may be revisited at trial. |
| 5. | 119 | References to new defect theories or causes of action | Granted. |
| 6. | 119 | References to "Japanese, Asian, or anti-American" | Denied with leave to raise at trial. |
| 7. | 119 | Calling Honda's in-house counsel as a witness at trial | Granted. |
| 8. | 119 | References to Honda's state of mind | Granted. Mr. Sicher may testify as to what obligations a reasonable manufacturer would have and what standards they should be aware of, as well as any documents showing Honda's knowledge or lack thereof, but cannot otherwise opine as to Honda's state of mind. |
| 9. | 119 | Calling Honda's technical specialist as a witness at trial | Granted. |