3:22-2647-JDA
Assey v. American Honda Motor Co., Inc.
Motion in Limine Hearing May 1, 2025
Rulings on Plaintiffs' omnibus motion in limine [Doc. 120]

| # | Doc. Number | Subject of Motion | Held |
|---|---|---|---|
| 1. | 120 | Collateral source payments/benefits | Granted. This ruling may be revisited if Plaintiffs open the door at trial. |
| 2. | 120 | Evidence that non-parties are responsible for a percentage share of total fault | Granted. Mr. Epps has no responsibility with regards to the "second accident" at issue here, and "evidence about the cause of the original accident is not relevant" in a crashworthiness case. *See Jimenez v. Daimler Chrysler Corp.*, 269 F.3d 439, 452–53 (4th Cir. 2001).] |
| 3. | 120 | Attempts to elicit testimony form Plaintiffs' expert witnesses regarding findings about non-parties or topics outside the scope of expert's direct examination | Denied with leave to raise at trial. |
| 4. | 120 | Pitting witnesses against other witnesses | Denied with leave to raise at trial. |
| 5. | 120 | Out of court statements | Denied with leave to raise at trial. |
| 6. | 120 | Unrelated claims | Granted. This ruling may be revisited if Plaintiffs open the door at trial. |
| 7. | 120 | Unrelated accidents, injuries, etc. | Granted. This ruling may be revisited if Plaintiffs open the door at trial. |
| 8. | 120 | Traffic citations or arrests | Granted. This ruling may be revisited if Plaintiffs open the door at trial. |
| 9. | 120 | Character and habits | Granted. This ruling may be revisited if Plaintiffs open the door at trial. |
| 10. | 120 | Potential financial consequences of judgment against the Defendant | Granted. This ruling may be revisited if Plaintiffs open the door at trial. |
| 11. | 120 | Payment of judgment | Granted. This ruling may be revisited if Plaintiffs open the door at trial. |

3:22-2647-JDA
Assey v. American Honda Motor Co., Inc.
Motion in Limine Hearing May 1, 2025
Rulings on Plaintiffs' omnibus motion in limine [Doc. 120]

| # | Doc | Subject | Ruling |
|---|---|---|---|
| 12. | 120 | Effect of claims on insurance rates | Granted. This ruling may be revisited if Plaintiffs open the door at trial. |
| 13. | 120 | Disagreement with law | Granted. |
| 14. | 120 | Effect of claims on industry | Granted. This ruling may be revisited if Plaintiffs open the door at trial. |
| 15. | 120 | Plaintiffs' use of award | Granted. This ruling may be revisited if Plaintiffs open the door at trial. |
| 16. | 120 | "Money won't undo damage" | Granted. This ruling may be revisited if Plaintiffs open the door at trial. |
| 17. | 120 | "The Defendant is sorry" | Denied. |
| 18. | 120 | Plaintiffs' employment of counsel | Granted. This ruling may be revisited if Plaintiffs open the door at trial. |
| 19. | 120 | Contingent fee arrangement | Granted. This ruling may be revisited if Plaintiffs open the door at trial. |
| 20. | 120 | Prior litigation between Plaintiffs' counsel and Defendant | Granted. This ruling may be revisited if Plaintiffs open the door at trial. |
| 21. | 120 | Failure to call equally available witnesses | Denied with leave to raise at trial. |
| 22. | 120 | Vouching for defense witnesses | Granted. This ruling may be revisited if Plaintiffs open the door at trial. |
| 23. | 120 | Characterizing this collision as a "high speed impact" | Denied. |
| 24. | 120 | Personal belief of counsel | Granted. This ruling may be revisited if Plaintiffs open the door at trial. |
| 25. | 120 | Undisclosed documents and photographs | Granted. |
| 26. | 120 | Testimony of undisclosed witnesses | Denied with leave to raise at trial. |
| 27. | 120 | Requests for Plaintiffs' file materials | Denied with leave to raise at trial. |
| 28. | 120 | Non-party use of Honda vehicle | Granted. References to a non-party's use, ownership, or possession of any Honda vehicle is not relevant. |

3:22-2647-JDA
Assey v. American Honda Motor Co., Inc.
Motion in Limine Hearing May 1, 2025
Rulings on Plaintiffs' omnibus motion in limine [Doc. 120]

| # | Doc | Topic | Ruling |
|---|---|---|---|
| 29. | 120 | Modifications to the product | Denied with leave to raise at trial. |
| 30. | 120 | Misuse of the vehicles | Granted. This ruling may be revisited if Plaintiffs open the door at trial. |
| 31. | 120 | Personal derogatory remarks about counsel or experts of Plaintiffs | Granted. Counsel may challenge an expert's opinions and the bases of those opinions but not the expert witnesses personally. |
| 32. | 120 | Lack of recalls | Denied. |
| 33. | 120 | Absence of regulatory proceedings against Defendant | Denied. |
| 34. | 120 | Evidence or argument that Plaintiffs must establish the existence of a feasible alternative design to discharge their burden of proof for a manufacturing defect claim | Granted as to Plaintiffs' manufacturing defect claim. |
| 35. | 120 | Honda's character as a company | Denied with leave to raise at trial. |
| 36. | 120 | Requests that Plaintiff's counsel or witnesses participate in physical demonstrations | Denied with leave to raise at trial. |
| 37. | 120 | Superseded pleadings | Granted.  Plaintiffs seek to exclude reference to the *contents* of any pleadings that have been superseded.  Defendant is permitted to generally reference that Plaintiffs' theory of the case has changed (if true) but cannot reference or describe the contents of any prior pleadings. |
| 38. | 120 | Statistics of similar vehicles and/or components that have not failed | Denied with leave to raise at trial. |
| 39. | 120 | Ex parte statements | Denied with leave to raise at trial. |
| 40. | 120 | Testimony of unavailable witnesses | Denied with leave to raise at trial. |

3:22-2647-JDA
Assey v. American Honda Motor Co., Inc.
Motion in Limine Hearing May 1, 2025
Rulings on Plaintiffs' omnibus motion in limine [Doc. 120]

| 41. | 120 | "Special efforts" to be fair and impartial to Defendant corporation | Denied. This will be addressed in voir dire and the jury instructions. |
|---|---|---|---|
| 42. | 120 | "Drive up the price" argument | Granted. This ruling may be revisited if Plaintiffs open the door at trial. |
| 43. | 120 | Implication that corporations are entitled to heightened protection | Granted. This ruling may be revisited if Plaintiffs open the door at trial. |
| 44. | 120 | Testimony from expert that differs from the summary of expert testimony provided in discovery | Denied. |
| 45. | 120 | Any references to Motion in Limines | Granted. This ruling may be revisited if Plaintiffs open the door at trial. |