**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| JAMES M. ASSEY AND JOAN P. ASSEY, <br><br>  Plaintiffs, <br><br> vs. <br><br> AMERICAN HONDA MOTOR CO., INC. <br><br>  Defendant. | Civil Action No. 3:22cv-02647-JDA <br><br> **STIPULATED RULE 41(a) DISMISSAL OF CERTAIN CAUSES OF ACTION** |

COMES NOW Plaintiffs James and Joan Assey, by and through counsel of record, and hereby dismiss, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the following causes of action presented in Plaintiffs' Amended Complaint for Damages [ECF No. 43].

1. Paragraphs 32-38, including subparts (Negligence, Gross Negligence, Willful and Wanton Conduct: Manufacturing Defect), to the extent those paragraphs allege any manufacturing defect in the driver's side seat belt assembly, including seat belt retractor, pretensioner, or other components of the seat belt system, installed in the Plaintiffs' model year 2020 Honda Odyssey vehicle.

2. Paragraphs 39-51 (Strict Liability in Tort, Section 15-73-10, S.C. Code of Laws, Ann. (1976, as amended), to the extent those paragraphs allege any manufacturing defect in the driver's side seat belt assembly, including seat belt retractor, pretensioner, or other components of the seat belt system, installed in the Plaintiffs' model year 2020 Honda Odyssey vehicle.

3. Paragraphs 64-68 (Punitive Damages), to the extent the claims for punitive damages arise out of any alleged manufacturing defect in the driver's side seat belt assembly, including seat belt retractor, pretensioner, or other components of the seat belt system, installed in the Plaintiffs' model year 2020 Honda Odyssey vehicle.

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Defendant American Honda Motor Co., Inc., by and through its counsel of record, hereby stipulate to this dismissal with prejudice of the above identified causes of action.

> Respectfully submitted,
>
> By: Kevin R. Dean
> Kevin R. Dean, Esq. (Fed I.D. 8046)
> Lee M. Heath, Esq. (Fed I.D. 9794)
> Marlon Kimpson, Esq. (Fed I.D. 17042)
> MOTLEY RICE LLC
> 28 Bridgeside Boulevard
> Mount Pleasant, South Carolina 29464
> Phone: (843) 216-9000
> kdean@motleyrice.com
> lheath@motleyrice.com
> mkimpson@motleyrice.com
>
> Luther J. Battiste, III, Esq.
> JOHNSON TOAL & BATTISTE, P.A.
> 1615 Barnwell St.
> Columbia, South Carolina 29202
> Phone: (803) 252-9700
> bat@jtbpa.com
>
> *ATTORNEYS FOR PLAINTIFFS*
> Mount Pleasant, South Carolina
> Dated: May 9, 2024
>
>
> May 9, 2025
> Stipulated and agreed to,
>
> **AMERICAN HONDA MOTOR CO., INC.**
>
> /Patrick J. Cleary
> Patrick J. Cleary (SC Fed. Bar No. 11096)
> Patrick.Cleary@bowmanandbrooke.com
> BOWMAN AND BROOKE LLP
> 1441 Main Street, Suite 1200
> Columbia, SC 29201
> Phone: 803-726-7420; Fax: 803-726-7421
>
> And

David L. Ayers (MSB No. 1670, *admitted pro hac vice*)
dayers@watkinseager.com
Jennifer A. Rogers (MSB No. 100670, *admitted pro hac vice*)
jrogers@watkinseager.com
400 East Capitol Street (39201)
P. O. Box 650
Jackson, MS 39205
Phone: 601-965-1900; Fax: 601-965-1901